United States District Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON</u>  PRESIDING
DATE: <u>January 24, 2023</u>
COURT REPORTER: <u>ERO</u>
MORNING: <u>11:09-11:10 AM</u>        AFTERNOON: _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL NO: 4:22cv3145

Librado Gonzales,                             Joe Synoradzki

    Plaintiff

v.

Clear Blue Insurance Company,                 Paula Garica-Jurado

    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MINUTE ENTRY ORDER:

<u>The Court conducted the Initial Conference and entered a Scheduling Order.</u>

    SIGNED in Houston, Texas, this <u>24th</u>  day of January, 2023.

_____
Sam Sheldon
United States Magistrate Judge