IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIBRADO GONZALES, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO: 4:22-cv-03145 |
| | § | |
| CLEAR BLUE INSURANCE COMPANY | § | |
| Defendant | § | |

## PROPOSED SCHEDULING ORDER

1.  October 2, 2023

    **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
    Party requesting joinder will furnish a copy of this scheduling order to new parties.

    **EXPERTS**

2a. May 19, 2023

    Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. June 20, 2023

    Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

3.  October 2, 2023

    **DISCOVERY**
    Counsel may, by agreement continue discovery beyond the deadline No continuance will be granted because of information acquired in post-deadline discovery.

4.  November 30, 2023

    **MOTIONS DEADLINE**
    Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

|     |                | **JOINT PRETRIAL ORDER**                                                                                                                                                                       |
|-----|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 5a. | May 28, 2024   | THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| 6.  | July 1, 2024   | FINAL PRETRIAL CONFERENCE is set for 1:30pm on:                                                                                                                                                |
| 7.  | July 15, 2024  | **JURY TRIAL** is set at 9:00 a.m. on:                                                                                                                                                         |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on January 24, 2023, at Houston, Texas.

_____
Sam S. Sheldon
United States Magistrate Judge