United States District Court
Southern District of Texas
**ENTERED**
February 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIBRADO GONZALES, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO.: 4:22-cv-03145 |
| CLEAR BLUE INSURANCE COMPANY, | § § § § | |
| *Defendant.* | § § § | |

## ORDER GRANTING JOINT MOTION
## FOR DISMISSAL WITH PREJUDICE

Before this Court is the Joint Motion for Dismissal with Prejudice, and the

Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff's claims

and causes of action asserted in the above-styled case against Defendant Clear Blue

Insurance Company are hereby DISMISSED with prejudice to the refiling of same.

This dismissal now dismisses all of Plaintiff's claims in this action.

It is further ORDERED that the Parties shall bear their own costs.

SIGNED this ____7____ day of February, 2024.

_____
JUDGE PRESIDING